UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61238-CIV-COHN/SNOW

RICHARD ROSS,

    Plaintiff,

v.

M/Y ANDREA ARAS, her tackle, equipment,
boats, engines, and appurtenances, *in rem*,
and COLIN CHISHOLM and ANDREA
CHISHOLM, *in personam*,

    Defendants.
_____/

## ORDER REGARDING AMOUNT OF A-ONE PAWNBROKER'S LIEN

**THIS CAUSE** is before the Court upon the United States Magistrate Judge Lurana Snow's Order of May 23, 2007 [DE 460], determining the appropriate priority of the proceeds from a judicial sale of the 2003 Lexus VIN JTHFN48Y020027407, previously owned by Colin Chisholm and pawned with A-One Pawnbroker prior to its seizure by the United States Marshal. Both A-One Pawnbroker and Plaintiff Richard Ross have subsequently filed submissions with the Court arguing the issue of the amount of A-One's security interest. A-One argues that once the vehicle is sold, A-One is entitled to $12,500.00, the redemption price, while Ross argues that A-One is only entitled to $10,000, the amount of the loan that was secured by the vehicle.

The Florida Pawnbroking Act provides that prior to the forfeiture described in section ten of the Act,[1] a pawnbroker has a possessory lien on the pledged goods

---

[1] Section 10 specifies the process by which pledged goods that are not redeemed prior to the maturity date of the pawn are forfeited to the pawnbroker if they are not redeemed within a 30-day period following the maturity date. Because the

pawned as security for the funds advanced, the pawn service charge owed, and the other charges authorized under the Act. Frey v. William, 2000 WL 35527254, *4 (M.D. Fla. 2000) (*citing* Fla. Stat. § 539.001(14)). Accordingly, A-One Pawnbroker's possessory lien on the vehicle includes not only the $10,000.00 that was advanced to Mr. Chisholm but also the pawn service charge owed and any other charges authorized by the Act. The total amount of A-One Pawnbroker's possessory lien, therefore, is $12,500.00. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that A-One Pawnbroker is entitled to $12,500.00 of the proceeds from the judicial sale of the 2003 Lexus VIN JTHFN48Y020027407. Payment of all seizure and custodial expenses shall be paid first from the proceeds of the sale, any additional funds received up to $12,500.00 shall be paid to A-One Pawnbroker, and any remaining funds will be paid to Ross as a credit against his judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of July, 2007.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

---

vehicle in question was seized by the U.S. Marshal prior to the maturity date of the pawn, the Court considers only the interest that A-One Pawnbroker had in the vehicle prior to the maturity date of the pawn.

2